Williams v. Newcomb.

---

WILLIAMS *vs.* NEWCOMB, survivor, &c.

Where a cause which has been removed into this court by *writ of error*, is brought on to argument or submitted, the plaintiff must make up and produce *error books*, or the writ of error will be *dismissed;* it is not enough that a copy of the *judgment roll* in the court below and a *bill of exceptions* be presented.

THE parties submitted for adjudication copies of a *judgment roll* in a court of common pleas, a *bill of exceptions* taken on the trial of the cause, and written briefs. On looking into the papers and discovering that *error books* had not been delivered, the court for that cause alone *dismissed* the writ of error ; refusing to render judgment in the case.

Writ of error dismissed.